# No. 25-1564

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Jane Doe,

Plaintiff-Appellant,

v.

Gordon Silverstein, Kimberly McKeown, & Yale University

Defendants-Appellees.

NOTICE REGARDING PLAINTIFF-APPELLANT'S
MOTION FOR CLARIFICATION, DKT No. 10

                              Alexander T. Taubes, Esq.
                              ALEXANDER T. TAUBES
                              470 James Street, Suite 007
                              New Haven, CT 06513
                              Tel. 203-909-0048
                              Email: alextt@gmail.com

## **NOTICE**

Plaintiff-Appellant respectfully gives notice that the circumstances giving rise to the need for emergency clarification sought in her motion for clarification filed today no longer apply, because the district court granted the relief sought after the filing of the motion.

Respectfully submitted,

PLAINTIFF-APPELLANT

Alexander T. Taubes, Esq.
ALEXANDER T. TAUBES
470 James Street, Suite 007
New Haven, CT 06513
Tel. 203-909-0048
Email: alextt@gmail.com

*Attorney for Jane Doe*
Dated: June 24, 2025

## **CERTIFICATION OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

I hereby certify that this brief complies with the type-volume limitations of Rule 27(d) of the Federal Rules of Appellate Procedure, as modified by Second Circuit Local Rule 27.1(a)(3) in that this brief contains **40 words**, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(1) and the type style requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.