# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-five.

Before:      Maria Araújo Kahn,
                   *Circuit Judge.*

_____

Jane Doe,

                 Plaintiff - Appellant,

    v.

Yale University, Kimberly McKeown,
Gordon Silverstein,

                 Defendants - Appellees.

_____

**ORDER**

Docket No. 25-1564

Appellant moves for clarification of the effect of this Court's June 24, 2025 order granting a temporary stay.

IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the district court's June 25, 2025 order granting clarification.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court