UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1564, 25-1712

**Caption [use short title]**

**Motion for:** FRAP 27, motion to strike Plaintiff-Appellant's Oral Argument Statement Form

Set forth below precise, complete statement of relief sought:

Defendants-Appellees move to strike the Plaintiff-Appellant's Oral Argument Statement Form at ECF #65 because it was filed beyond the mandatory deadline prescribed by Second Circuit Local Rule 34.1(a).

## Doe v. Yale University

**MOVING PARTY:** Yale University  **OPPOSING PARTY:** Jane Doe

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Patrick Noonan, Esq.  **OPPOSING ATTORNEY:** Alexander T. Taubes, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Rd., Ste 306, Guilford, CT 06437
PNoonan@Carmodylaw.com; (203) 458-9168

Law Offices of Alexander T. Taubes, PLLC
470 James St., Ste 007, New Haven, CT 06513
alextt@gmail.com; (203) 909-0048

**Court- Judge/ Agency appealed from:** Hon. Omar A. Williams, USDJ (D. Conn.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☐ Yes ☑ No (explain): this is a Response in Opposition to the Plaintiff-Appellant's Oral Argument Statement Form.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: N/A

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ ct00189  **Date:** Jan. 7, 2026  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# Nos. 25-1564, 25-1712

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**JANE DOE**

**Plaintiff-Appellant,**

v.

**GORDON SILVERSTEIN, KIMBERLY MCKEOWN, & YALE UNIVERSITY**

**Defendants-Appellees.**

**DEFENDANTS-APPELLEES' RESPONSE TO PLAINTIFF-APPELLANT'S ORAL ARGUMENT STATEMENT**

Patrick M. Noonan
Giovanna Tiberii Weller
Jeffrey M. Beck
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
GWeller@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys

January 7, 2026

## DEFENDANTS-APPELLEES' RESPONSE IN OBJECTION TO PLAINTIFF-APPELLANT'S REQUEST FOR ORAL ARGUMENT

Defendants-Appellees ("Defendants") hereby object to the Oral Argument Statement Form filed by the Plaintiff-Appellant ("Plaintiff") on January 6, 2026 (ECF #65, the "Request"). The Defendants do not want oral argument. The Plaintiff waived her right to request oral argument by filing her Request beyond the mandatory deadline prescribed by Second Circuit Local Rule ("LR") 34.1(a).

LR 34.1(a) establishes a clear procedural requirement: "Within 14 days after the filing of the last appellee's brief, each party must file an Oral Argument Statement Form. Failure to timely file the Oral Argument Statement Form signifies that the party does not seek oral argument." This requirement is emphasized on the Oral Argument Statement Form itself: "IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON." (*See* ECF #65, emphasis in original.)

The Defendants filed their Appellees' Brief on December 16, 2025. (ECF #64.) Thus, the deadline by which "each party must file an Oral Argument Statement Form" was December 30, 2025. (LR 34.1(a).) Under the plain language of this rule, untimely filing has automatic consequences – the party is deemed to have waived oral argument.

The Second Circuit strictly enforces the clear deadlines set by its local rules. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 42–45 (2d Cir. 2013) (discussing

2

this Court's historic caseload crisis that led to the implementation of its policy to require that a party seeking permission to file papers beyond a bright-line deadline must demonstrate that "extraordinary circumstances" exist to justify such an extension).

The Plaintiff here neither moved for permission to file her Request past its mandatory deadline, nor provided any justification for doing so; and the Plaintiff has certainly not demonstrated the "extraordinary circumstances" required by this Court for a late-filed request for extension. Prior to the filing deadline, Defendants' counsel informed Plaintiff's counsel that the Defendants do not believe that oral argument is necessary. Defendants, in accordance with LR 34.1(a), intentionally chose to forgo filing an Oral Argument Statement Form to signify that they do not seek oral argument. This Court should not reward Plaintiff's noncompliance with the local rules by granting her request for oral argument at the expense of the Defendants, who complied with the rules and properly signified that they prefer to forgo oral argument.

Accordingly, the Plaintiff's request for oral argument should be denied.

Respectfully submitted,

Defendants-Appellees,
YALE UNIVERSITY,
GORDON SILVERSTEIN, and
KIMBERLY MCKEOWN

<u>/s/ Patrick M. Noonan</u>
Patrick M. Noonan (ct00189)
Giovanna Tiberii Weller (ct11187)
Jeffrey M. Beck (ct31564)
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
GWeller@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), this Response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font; this brief contains 401 words.

Dated: January 7, 2026         /s/ *Patrick M. Noonan*
                               Patrick M. Noonan

## CERTIFICATE OF SERVICE

This is to certify that on January 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                               /s/ *Patrick M. Noonan*
                               Patrick M. Noonan